**Order entered March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00069-CV

### STEVEN BASHAM, Appellant

### V.

### NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-07490

## ORDER

The clerk's record in this case is overdue. By postcard dated January 26, 2015, we notified the Dallas County District Clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We **NOTIFY** appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal.* See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Felicia Pitre, Dallas County District Clerk and to all parties.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE